# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY BROWN,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF MARIPOSA, et al.,<br><br>        Defendants. | Case No. 1:18-cv-01541-LJO-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE STATUS REPORT<br><br>FIVE-DAY DEADLINE |

On November 7, 2018, Jeffrey Brown ("Plaintiff") filed this civil rights action pursuant to 42 U.S.C. § 1983 against the County of Mariposa, Doug Binnewies, Cody Hart, Sean Land and the John C. Fremont Healthcare District ("Defendants"). On January 10, 2019, Plaintiff returned notice that the summonses in this action were served on December 19, 2018. (ECF Nos. 6-10.)

Pursuant to the Federal Rules of Civil Procedure, Defendant's responsive pleading was to be filed within twenty-one days after being served with the summons and complaint. Fed. R. Civ. P. 12(a)(1)(A)(i). More than twenty-one days have passed and no responsive pleading has been filed nor have the parties filed a stipulation extending time for Defendants to respond to the complaint.

Accordingly, IT IS HERBY ORDERED that, within five (5) days of the date of entry of this order, Plaintiff shall file a notice of status of this action or request for entry of default against

the defendants. Plaintiff is advised that failure to comply with this order may result in the issuance of sanctions, up to and including dismissal of this action.

IT IS SO ORDERED.

Dated:   **January 17, 2019**

UNITED STATES MAGISTRATE JUDGE