# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY BROWN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF MARIPOSA, et al.,<br><br>　　　　　Defendants. | Case No. 1:18-cv-01541-LJO-SAB<br><br>AMENDED ORDER VACATING ORDER REQUIRING PLAINTIFF TO FILE STATUS REPORT AND CONTINUING SCHEDULING CONFERENCE AT STIPULATION OF THE PARTIES<br><br>(ECF Nos. 13, 14) |

On November 7, 2018, Jeffrey Brown ("Plaintiff") filed this civil rights action pursuant to 42 U.S.C. § 1983 against the County of Mariposa, Doug Binnewies, Cody Hart, Sean Land and the John C. Fremont Healthcare District. On January 17, 2019, an order issued requiring Plaintiff to file a report on the status of this action and Plaintiff filed a stipulation to continue the scheduling conference.[1]

Pursuant to the stipulation of the parties, Defendants have until January 29, 2019 to file a responsive pleading and they seek to continue the scheduling conference in this matter until March 5, 2019.

Accordingly, IT IS HEREBY ORDERED that:

1.　　　　The order requiring Plaintiff to file a status report is VACATED;

---

[1] On January 17, 2019, the Court issued an order addressing the parties' stipulation to extend time to file a responsive pleading which contained an error. This amended order issues to correct that date that the responsive pleading is due.

1

2. Defendants' responsive pleading shall be filed on or before **January 29, 2019**;

3. The scheduling conference set for January 29, 2019, is CONTINUED to **March 5, 2019, at 3:30 p.m.** in Courtroom 9; and

4. The parties shall file a joint status report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated: **January 28, 2019**

_____
UNITED STATES MAGISTRATE JUDGE