# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JEFFREY BROWN, | Case No. 1:18-cv-01541-NONE-SAB |
|---|---|
| Plaintiff, | ORDER AMENDING MAY 28, 2021 FINDINGS AND RECOMMENDATIONS RECOMMENDING DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 25(a)(1) |
| v. | |
| COUNTY OF MARIPOSA, et al., | |
| Defendants. | |

On May 28, 2021, a findings and recommendations issued recommending that this action be dismissed pursuant to Fed. R. Civ. 25(a)(1). Due to an administrative error, the caption of the order incorrectly stated the number of days in which objections must be filed. Accordingly, the May 28, 2021 findings and recommendations is HEREBY AMENDED at 1:18-19 to "OBJECTIONS DUE WITHIN THIRTY DAYS".

IT IS SO ORDERED.

Dated: **June 1, 2021**

UNITED STATES MAGISTRATE JUDGE

1