UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF MARIPOSA, et al.,<br><br>    Defendants. | No. 1:18-cv-01541-NONE-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION PURSUANT TO RULE 25 OF THE FEDERAL RULES OF CIVIL PROCEDURE<br><br>(ECF No. 52) |

On November 7, 2018, plaintiff Jeffrey Brown filed this civil rights action pursuant to 42 U.S.C. § 1983 against the County of Mariposa, Doug Binnewies, Cody Hart, Sean Land and the John C. Fremont Healthcare District. (Doc. No. 1.) On January 21, 2021, a suggestion of death was filed in the record by the County of Mariposa. (Doc. No. 49.) The magistrate judge issued an order on January 22, 2021, advising the parties of the requirements to trigger the ninety day period of Rule 25 of the Federal Rules of Civil Procedure. (Doc. No. 50.) On February 25, 2021, proof of service of the order on the successor in interest was filed. (Doc. No. 51.)

On May 28, 2021, the magistrate judge filed a findings and recommendations recommending dismissal of this action pursuant to Fed. R. Civ. P. 25(a)(1). (Doc. No. 52.) The findings and recommendations, as amended June 1, 2021, were served on the parties and the successor in interest, and contained notice that any objections were to be filed within thirty days from the date of service. (Doc. Nos. 53, 54, 55.) The period for filing objections has passed and

1 | no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations, filed May 28, 2021, are ADOPTED IN FULL;
2. The Clerk of the Court is DIRECTED to randomly assign this matter to a district judge for the purposes of closing this action; and
3. This action is DISMISSED pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated: **July 7, 2021**

UNITED STATES DISTRICT JUDGE